FILED
CLERK, U.S. DISTRICT COURT

SEP 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY FRAZIER, JR.

Defendant.

Case No. 2:20-MJ-04557

ORDER OF DETENTION

On September 23, 2020, Defendant Anthony Frazier, Jr. made his initial appearance in this district on the indictment filed in the District of New Mexico. Deputy Federal Public Defender Georgina Wakefield was appointed to represent Defendant. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a crime of violence.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the

defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror, or attempt to do so.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency. For the reasons set forth in that report, including the instant charges, defendant's history of arrests, and unknown background and ties to the Central District of California, the Court finds that no condition or combination of conditions of release will reasonably assure the defendant's appearance as required and the safety of any person or the community.

IT IS THEREFORE ORDERED that the defendant be detained until trial and be transported to the United States District Court for the District of New Mexico for further proceedings. This Order is without prejudice. <u>The Court directed both government counsel and defendant's counsel to follow up with government counsel in the District of New Mexico regarding Defendant's next</u>

scheduled appearance, and the status of Defendant's transportation to, and arrival in, the charging district for the appearance.

The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: September 23, 2020

PATRICIA DONAHUE
HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE